IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSALIND MARIE GRADDY,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO.  13-04432 |
| | : | |
| | : | |
| **THE CHILDREN'S HOME OF EASTON,** | : | |
| **ET AL.,** | : | |
| Defendants | : | |

**O R D E R**

AND NOW, this 6th day of January, 2016, upon consideration of Defendants Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 15) and any response thereto, it is hereby **ORDERED** that:

1. Plaintiff's Pennsylvania Whistleblower Law claims against all parties are **DISMISSED with prejudice;**

2. Plaintiff's Title VII and ADEA claims against defendants Chairman of the Board, Dr. Gregg Dowty, Anita Pawkovitz, Jean Parkawski, Jamie Bickert, Jen, Ciarra, Nurse, and Kenda Carmen are **DISMISSED with prejudice**;

3. Plaintiff's PHRA claims against the Chairman of the Board, Dr. Gregg Dowty, Jean Parkawski, "Jen," "Nurse," and Kenda Carmen are **DISMISSED with prejudice;** and

4.  Plaintiff's PHRA claims against defendants Anita Pawkovitz, Jamie Bickert, and Ciarra are **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that plaintiff's Motions Re: "Incorrect Entry of Appearance Corrections Needed" (Doc. No. 17 & No. 19) and plaintiff's Motion for Extension of Time (Doc. No. 21) are **DENIED** as moot.

BY THE COURT:


/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.